| | | |
|---|---|---|
| 1 | **PINNOCK & WAKEFIELD** | |
| 2 | A Professional Corporation<br>David C. Wakefield, Esq. | Bar #: 185736 |
|   | Theodore A. Pinnock, Esq. | Bar #: 153434 |
| 3 | Michelle L. Wakefield, Esq. | Bar #: 200424 |
| 4 | 3033 Fifth Avenue, Suite 410<br>San Diego, CA  92103 | |
|   | Telephone:  619.858.3671 | |
| 5 | Facsimile:  619.858.3646 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY, An Individual,<br><br>Plaintiff,<br><br>V.<br><br>RAF, INC., d.b.a. DOWNTOWN AUTO CENTER a.k.a. DOWNTOWN TOYOTA SUBARU SAAB; RALPH A. FATTORE d.b.a. DOWNTOWN AUTO CENTER a.k.a. DOWNTOWN TOYOTA SUBARU SAAB; RAF, INC.; RALPH A. FATTORE; PATTERSON RANCH, INC.; And DOES 1 THROUGH 10, Inclusive<br>Defendants. | Case No.: C06-1265 MJJ<br> ORDER granting:<br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY DEFENDANT PATTERSON RANCH, INC.  AND ORDER THEREON**<br><br>[Fed.R.Civ.P. Rule 41(a)(1)] |

///

///

///

1

Case No. C06-1265 MJJ

1  IT IS HEREBY REQUESTED by **ROBERT MCCARTHY**, Plaintiff, via his
2  attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), this Court
3  enter a dismissal without prejudice of only Defendant **PATTERSON RANCH, INC.** from
4  Plaintiff's Complaint, Case No C06-1265 MJJ. Plaintiff's action shall continue against the
5  remaining defendants.
6  **IT IS SO REQUESTED.**

PINNOCK & WAKEFIELD, APC

Dated: 4/6/06      By: _____
                       DAVID C. WAKEFIELD, ESQ.
                       Attorneys for PLAINTIFF

## ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ONLY DEFENDANT PATTERSON RANCH, INC.

**PURSUANT TO THE ABOVE REQUEST, IT IS HEREBY ORDERED** that only Defendant **PATTERSON RANCH, INC.** is dismissed without prejudice from Plaintiffs' Complaint, Case No C06-1265 MJJ.

**IT IS SO ORDERED.**

Dated: 4/11/2006      _____
                       HONORABLE MARTIN J. JENKINS
                       U.S. DISTRICT COURT JUDGE