| | |
|---|---|
| 1 | **PINNOCK & WAKEFIELD** |
| | A Professional Corporation |
| 2 | David C. Wakefield, Esq.     Bar #:  185736 |
| | Theodore A. Pinnock, Esq.    Bar #:  153434 |
| 3 | Michelle L. Wakefield, Esq.  Bar #:  200424 |
| | 3033 Fifth Avenue, Suite 410 |
| 4 | San Diego, CA  92103 |
| | Telephone: 619.858.3671 |
| 5 | Facsimile: 619.858.3646 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY, An Individual, | Case No.: C06-1265 MJJ |
| Plaintiff, | |
| V. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON |
| RAF, INC., d.b.a. DOWNTOWN AUTO CENTER a.k.a. DOWNTOWN TOYOTA SUBARU SAAB; RALPH A. FATTORE d.b.a. DOWNTOWN AUTO CENTER a.k.a. DOWNTOWN TOYOTA SUBARU SAAB; RAF, INC.; RALPH A. FATTORE; PATTERSON RANCH, INC.; And DOES 1 THROUGH 10, Inclusive | GRANTED |
| Defendants. | [Fed.R.Civ.P. Rule 41(a)(1)] |

///
///
///

1

Case No. C06-1265 MJJ

IT IS HEREBY REQUESTED by **ROBERT MCCARTHY,** Plaintiff, via his attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), this Court enter a dismissal without prejudice of all Defendants from Plaintiff's Complaint, Case No C06-1265 MJJ. Additionally, Plaintiff' requests that the complaint be dismissed without prejudice in its entirety.

**IT IS SO REQUESTED.**

Dated: 12/27/06

PINNOCK & WAKEFIELD, APC

By: _David C. Wakefield_
DAVID C. WAKEFIELD, ESQ
Attorneys for PLAINTIFF

### ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANTS

**PURSUANT TO THE ABOVE REQUEST, IT IS HEREBY ORDERED** that all Defendants are dismissed without prejudice from Plaintiffs' Complaint, Case No C06-1265 MJJ. Additionally, Plainiff's complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 10/31/2006

_Martin J. Jenkins_
HONORABLE MARTIN J. JENKINS
U.S. DISTRICT COURT JUDGE